**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | ALLSTAR FIRE EQUIPMENT |
| Defendant 4 | AMEREX CORPORATION |
| Defendant 5 | ARCHROMA U.S., INC. |
| Defendant 6 | ARKEMA INC. |
| Defendant 7 | BASF CORPORATION, individually and as successor in interest to Ciba, Inc. |
| Defendant 8 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 9 | CARRIER GLOBAL CORPORATION |
| Defendant 10 | CB GARMENT, INC. |
| Defendant 11 | CHEMDESIGN PRODUCTS INC. |
| Defendant 12 | CHEMGUARD INC. |
| Defendant 13 | CHEMICALS INCORPORATED |
| Defendant 14 | CHEMOURS COMPANY FC, LLC |
| Defendant 15 | CHUBB FIRE LTD. |
| Defendant 16 | CLARIANT CORPORATION |
| Defendant 17 | CORTEVA, INC. |
| Defendant 18 | DAIKIN AMERICA, INC. |
| Defendant 19 | DEEPWATER CHEMICALS INC. |
| Defendant 20 | DUPONT DE NEMOURS, INC. (f/k/a DOWDUPONT INC.) |
| Defendant 21 | DYNAX CORPORATION |
| Defendant 22 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 23 | FIRE-DEX, LLC |
| Defendant 24 | FIRE SERVICE PLUS, INC. |
| Defendant 25 | GLOBE MANUFACTURING COMPANY LLC |
| Defendant 26 | HONEYWELL SAFETY PRODUCTS USA, INC. |
| Defendant 27 | INNOTEX CORP. |

| Defendant 28 | JOHNSON CONTROLS, INC. |
| Defendant 29 | KIDDE PLC, INC. |
| Defendant 30 | L.N. CURTIS & SONS |
| Defendant 31 | LION GROUP, INC. |
| Defendant 32 | MALLORY SAFETY AND SUPPLY LLC |
| Defendant 33 | MILLIKEN & COMPANY |
| Defendant 34 | MINE SAFETY APPLIANCES COMPANY, LLC |
| Defendant 35 | MUNICIPAL EMERGENCY SERVICES, INC |
| Defendant 36 | NATION FORD CHEMICAL COMPANY |
| Defendant 37 | NATIONAL FOAM, INC. |
| Defendant 38 | PBI PERFORMANCE PRODUCTS, INC. |
| Defendant 39 | PERIMETER SOLUTIONS, LP |
| Defendant 40 | RAYTHEON TECHNOLOGIES CORPORATION |
| Defendant 41 | RICOCHET MANUFACTURING COMPANY, INC |
| Defendant 42 | SAFETY COMPONENTS FABRIC TECHNOLOGIES, INC |
| Defendant 43 | SOUTHERN MILLS INC |
| Defendant 44 | STEDFAST USA INC. |
| Defendant 45 | THE CHEMOURS COMPANY |
| Defendant 46 | TYCO FIRE PRODUCTS LP, as successor-in-interest to The Ansul Company |
| Defendant 47 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 48 | UTC FIRE & SECURITY AMERICAS CORP., INC. (f/k/a GE Interlogix, Inc.) |
| Defendant 49 | VERIDIAN LIMITED |
| Defendant 50 | W.L. GORE & ASSOCIATES INC. |
| Defendant 51 | WITMER PUBLIC SAFETY GROUP, INC. |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on: **Diversity** and **The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)**

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiffs Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

> Kidney Cancer
> Testicular Cancer
> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I — Defective Design
> Count II — Failure to Warn
> Count III — Negligence
> Count IV — Negligence Per Se
> Count V — Trespass and Battery
> Count VI — Strict Product Liability
> Count VII — Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII — Concealment, Misrepresentation, and Fraud
> Count IX — Conspiracy
> Count X — Wrongful Death
> Count XI — Loss of Consortium
>
> Other Causes of Action:
> Count XII —   Wantonness
> Count XIII —  Breach of Express and Implied Warranties
> Count XIV — _____
> Count XV — _____
> Count XVI — _____
> Count XVII — _____
> Count XVIII — _____
> Count XIX — _____
> Count XX — _____

Others

_____

_____

_____

**Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: 09/03/2025

Respectfully Submitted,

**Marc J. Bern & Partners, LLP**

By: /s/ *Joseph Y. Shenkar*
Joseph Y. Shenkar (Federal Bar # 10861)
Marc J. Bern & Partners, LLP
101 West Elm St., Suite 520
Conshohocken, PA 19428
Phone: (803) 315-3357
Email: jshenkar@bernllp.com
Fax: (610) 941-9880

**ATTORNEY FOR PLAINTIFF**

Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL2873[1]

| P's Number | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Part Plaintiff Name" | DOB (of injured party) | State of Residence | Zip Code | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer, and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Abner, Trevis | 1969-08-23 | NV | 89121 | District of Nevada | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 2 | Acklin, Cornelious | 1971-07-10 | AL | 35757 | Northern District of Alabama | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 3 | Acklin, Mrs. Cornelious | Unknown | AL | 35757 | Northern District of Alabama | N/A | N/A | N/A | N/A | Count XI |
| 4 | Alexander, Kamau | 1973-07-21 | MI | 48072 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 5 | Anderson, Eric | 1958-07-22 | IL | 60406 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 6 | Anderson, Tonya | 1980-10-30 | SC | 29706 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 7 | Antoine, Eric | 1975-09-02 | LA | 70094 | Eastern District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 8 | Aspin, Pretoria | 1964-10-29 | GA | 30315 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 9 | Austin, Sondai | 1978-04-15 | MO | 64030 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 10 | Bailey, Robert | 1967-12-06 | TX | 76542 | Western District of Texas | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 11 | Blackman, Eric | 1957-07-13 | NY | 10469 | Southern District of New York | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 12 | Blackmon, Kendrick | 1981-11-02 | FL | 32401 | Northern District of Florida | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 13 | Bowers, Marvell | 1987-03-03 | OH | 43068 | Southern District of Ohio | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 14 | Brock, Rozwynn | 1988-07-23 | MO | 64133 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 15 | Bullard, Dondi | 1964-05-19 | IL | 60628 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 16 | Bullock, Desean | 1984-12-21 | DC | 20032 | District of Columbia | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 17 | Chamberlain, Darryl | 1977-05-03 | GA | 30314 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 18 | Chester, Edtoinna | 1974-03-26 | SC | 29621 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 19 | Chester, Mr. Edtoinna | Unknown | SC | 29621 | District of South Carolina | N/A | N/A | N/A | N/A | Count XI |
| 20 | Christian, Henry | 1976-05-09 | NY | 11210 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 21 | Clark, Oliver | 1985-06-18 | GA | 30318 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 22 | Cohens, Keith | 1981-03-28 | MI | 48221 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 23 | Colding, Lyon | 1967-09-09 | SC | 29501 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 24 | Colding, Mrs. Lyon | Unknown | SC | 29501 | District of South Carolina | N/A | N/A | N/A | N/A | Count XI |
| 25 | Crawford, Kimberly | 1986-07-15 | TX | 77091 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 26 | Cunningham Jr, Roosevelt | 1987-11-30 | MS | 39773 | Northern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 27 | Cunningham, Clyde | 1981-11-03 | NV | 89139 | District of Nevada | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 28 | Dailey, Renatee | 1986-03-06 | IL | 60409 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 29 | Davis, Kadesha | 1978-06-08 | GA | 30319 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 30 | Davis, Morris | 1964-04-15 | TN | 38358 | Western District of Tennessee | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 31 | Diaz, Selma | 1959-04-27 | IL | 60640 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 32 | Drake, Janese | 1985-04-06 | MO | 64132 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 33 | Eckles, Jay | 1996-04-07 | IL | 60609 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 34 | Foye, Tanya | 1969-02-25 | SC | 29406 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 35 | Glover, Lawanda | 1974-05-23 | MO | 64131 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 36 | Green, Martez | 1978-11-09 | MI | 48203 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 37 | Grundey, Catria | 1984-05-11 | IN | 46239 | Southern District of Indiana | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 38 | Guess, Lance | 1977-01-07 | MO | 64152 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 39 | Hansen, Christopher | 1975-03-30 | UT | 84054 | District of Utah | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 40 | Harper, William | 1973-06-18 | NY | 10456 | Southern District of New York | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 41 | Harris, Jameka | 1982-02-28 | LA | 70809 | Middle District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 42 | Harrison, Terrell | 1984-06-30 | GA | 30241 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 43 | Harrison, Mrs. Terrell | Unknown | GA | 30241 | Northern District of Georgia | N/A | N/A | N/A | N/A | Count XI |
| 44 | Heron, Courtney | 1983-07-31 | NY | 11412 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 45 | Hickey, Robert | 1982-04-01 | NJ | 8093 | District of New Jersey | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 46 | Hightower, Micheal | 1952-10-13 | NJ | 8618 | District of New Jersey | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 47 | Hightower, Mrs. Michael | Unknown | NJ | 8618 | District of New Jersey | N/A | N/A | N/A | N/A | Count XI |
| 48 | Hill, Shanikia | 1978-02-24 | SC | 29379 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 49 | Hill, Mr. Shanikia | Unknown | SC | 29379 | District of South Carolina | N/A | N/A | N/A | N/A | Count XI |
| 50 | Hoey, James | 1975-10-24 | NY | 11216 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 51 | Hoey, Mrs. James | Unknown | NY | 11216 | Eastern District of New York | N/A | N/A | N/A | N/A | Count XI |

1. Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
2. No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| 52 | Holloway, Floyd | 1977-08-02 | GA | 30342 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 53 | Holloway, Mrs. Floyd | Unknown | GA | 30342 | Northern District of Georgia | N/A | N/A | N/A | N/A | Count: XI |
| 54 | Jackson, Lee | 1985-03-12 | TX | 77084 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 55 | Jackson, Martez | 1984-01-04 | LA | 71111 | Western District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 56 | Johnson, Louis | 1984-03-06 | AL | 35443 | Northern District of Alabama | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 57 | Johnson, Shawn | 1978-09-03 | GA | 30321 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 58 | Jones, Kelvin | 1975-02-18 | MI | 48030 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 59 | Jones, Dorothy Kathryn | Unknown | MI | 48030 | Eastern District of Michigan | N/A | N/A | N/A | N/A | Count: XI |
| 60 | Jones, Levi | 1996-01-30 | GA | 31061 | Middle District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 61 | Joseph, Daniel | 1960-04-27 | NY | 11210 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 62 | Joseph, Mrs. Daniel | Unknown | NY | 11210 | Eastern District of New York | N/A | N/A | N/A | N/A | Count: XI |
| 63 | Keesley, Timothy | 1963-01-27 | NY | 11433 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 64 | King, Eric | 1964-02-26 | LA | 70615 | Western District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 65 | Kinney, Nikkia | 1988-11-07 | TX | 75215 | Northern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 66 | Lee Gray, Jamile | 1976-02-27 | FL | 32259 | Middle District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 67 | Lee, Lewis | 1977-04-27 | MD | 21239 | District of Maryland | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 68 | Legrand, Damon | 1970-05-20 | OH | 43228 | Southern District of Ohio | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 69 | Lewis, Joe | 1980-03-03 | FL | 33570 | Middle District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 70 | Linzy, Carlando | 1984-08-06 | TX | 78727 | Western District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 71 | Liscio, Celeste | 1955-05-14 | NJ | 7008 | District of New Jersey | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 72 | Logan, Taurean | 1985-03-21 | GA | 30316 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 73 | Logan, Mrs. Taurean | Unknown | GA | 30316 | Northern District of Georgia | N/A | N/A | N/A | N/A | Count: XI |
| 74 | Lubin, Michelange | 1959-06-29 | NY | 11510 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 75 | Lyttle, Tennyson | 1982-12-05 | MO | 63113 | Eastern District of Missouri | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 76 | Madden, Ricky | 1988-12-29 | MO | 64030 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 77 | Marbut, Jerry | 1952-03-21 | MO | 65708 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 78 | Marceaux, Jeremy | 1983-07-17 | LA | 70510 | Western District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 79 | Martin, Timothy | 1981-01-25 | CT | 6608 | District of Connecticut | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 80 | Mcclennion, Latarsha | 1978-04-11 | NJ | | District of New Jersey | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 81 | Mcgee, Syretta | 1980-12-19 | KS | 66104 | District of Kansas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 82 | McKinley, Jennell | 1973-04-10 | WI | 53222 | Eastern District of Wisconsin | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 83 | Mcneil, Tanasha | 1979-04-29 | SC | 29456 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 84 | Merchant, Keith | 1979-01-08 | TX | 77373 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 85 | Merchant - Redic, Fallon | Unknown | TX | 77373 | Southern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 86 | Milhouse, Cornelia | 1983-05-16 | IL | 60649 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 87 | Ming, Marcell | 1976-07-26 | MI | 48201 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 88 | Monroe, Tedra | 1978-09-01 | FL | 33025 | Southern District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 89 | Myles, Ramon | 1980-07-26 | LA | 70807 | Middle District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 90 | Newton, Damon | 1973-07-24 | MO | 64108 | Western District of Missouri | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 91 | Ostine, Roseline | 1973-07-06 | FL | 33055 | Southern District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 92 | Ottley, Kareem | 1979-08-16 | NY | 11203 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 93 | Outen, Kevin | 1984-01-06 | SC | 29201 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 94 | Outer, Mrs. Kevin | Unknown | SC | 29201 | District of South Carolina | N/A | N/A | N/A | N/A | Count: XI |
| 95 | Palmer, Patrick | 1987-06-09 | AL | 36003 | Middle District of Alabama | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 96 | Pannell, David | 1977-06-21 | MI | 48206 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 97 | Parker, Rolanda | 1973-07-15 | TX | 77377 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 98 | Pearson, Luther | 1966-02-05 | SC | 29379 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 99 | Peters, Jerrold | 1972-10-26 | TX | 76001 | Northern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 100 | Peters, Steven | 1988-12-15 | MT | 59801 | District of Montana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 101 | Peterson, Eugene | 1963-03-12 | FL | 33617 | Middle District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 102 | Pollard, Larry | 1963-07-07 | MS | 38611 | Northern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 103 | Pollard, Mrs. Larry | Unknown | MS | 38611 | Northern District of Mississippi | N/A | N/A | N/A | N/A | Count: XI |
| 104 | Potts, Ricky | 1969-02-21 | GA | 30318 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 105 | Reyes, Carmela | 1967-03-12 | IL | 60629 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 106 | Reynolds, Steve | 1972-01-27 | NC | 28086 | Western District of North Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 107 | Ribot, Jessica | 1983-10-23 | NY | 11212 | Eastern District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |

| 108 | Richard, Derrick | 1976-04-16 | LA | 70131 | Eastern District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 109 | Richardson, Locksley | 1980-03-13 | SC | 29178 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 110 | Rogers, Lastephen | 1976-06-02 | MS | 39656 | Southern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 111 | Ross, Simone | 1973-06-21 | SC | 29206 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 112 | Ryland, Homer | 1971-05-18 | MS | 39773 | Northern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 113 | Sanders, Timothy | 1966-02-13 | MI | 48221 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 114 | Shaw, Cedric | 1978-12-22 | MS | 39169 | Southern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 115 | Shotwell, Damien | 1979-09-29 | MS | 39429 | Southern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 116 | Shotwell, Mrs. Damien | Unknown | MS | 39429 | Southern District of Mississippi | N/A | N/A | N/A | N/A | Count: XI |
| 117 | Smith, Joshua | 1986-10-20 | PA | 19145 | Eastern District of Pennsylvania | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 118 | Smith, Mrs. Joshua | Unknown | PA | 19145 | Eastern District of Pennsylvania | N/A | N/A | N/A | N/A | Count: XI |
| 119 | Smith, Kentay | 1990-10-14 | NV | 89117 | District of Nevada | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 120 | Smith, Marquita | 1975-05-04 | IL | 60628 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 121 | Sprague, Marybeth | 1980-04-21 | IL | 61833 | Central District of Illinois | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 122 | Stewart, Robert | 1983-01-10 | AZ | 85303 | District of Arizona | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 123 | Strozier, Kevin | 1979-10-09 | GA | 30310 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 124 | Sweeney-Nicolov, Shelia | 1953-07-11 | MD | 20850 | District of Maryland | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 125 | Taylor, Linda | 1961-11-09 | TX | 75070 | Eastern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 126 | Thomas, Jessica | 1981-08-03 | OH | 45426 | Southern District of Ohio | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 127 | Thomas, Steve | 1971-07-17 | GA | 30088 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 128 | Thompson, Devon | 1976-10-15 | LA | 70426 | Eastern District of Louisiana | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 129 | Thompson, Jammie | 1980-10-20 | SC | 29073 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 130 | Walker Jr., Charley | 1981-06-20 | NY | 14621 | Western District of New York | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 131 | Walters, Rosemarie | 1958-12-23 | FL | 32218 | Middle District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 132 | Watkins, Porscha | 1984-05-20 | MI | 48234 | Eastern District of Michigan | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 133 | Weaver, Hansani | 1978-12-04 | FL | 33023 | Southern District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 134 | White, Kelvin | 1976-12-29 | TN | 38125 | Western District of Tennessee | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 135 | White, Mrs. Kelvin | Unknown | TN | 38125 | Western District of Tennessee | N/A | N/A | N/A | N/A | Count: XI |
| 136 | Whittaker, Tyson | 1980-11-28 | NM | 87507 | District of New Mexico | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 137 | Whittaker, Kayla | Unknown | NM | 87507 | District of New Mexico | N/A | N/A | N/A | N/A | Count: XI |
| 138 | Wiley, Latoya | 1985-01-25 | TX | 77433 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 139 | Williams, Christopher | 1976-07-16 | SC | 29645 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 140 | Williams, Juan | 1963-07-22 | NC | 28210 | Western District of North Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 141 | Williams, Mrs. Juan | Unknown | NC | 28211 | Western District of North Carolina | N/A | N/A | N/A | N/A | Count: XI |
| 142 | Williams, Kynickeus | 1980-09-05 | MS | 39648 | Southern District of Mississippi | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 143 | Williams, Lalisha | 1991-04-17 | FL | 33034 | Southern District of Florida | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 144 | Williams, Latasha | 1981-04-12 | GA | 30296 | Northern District of Georgia | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 145 | Williams, Lisa | 1972-04-03 | TX | 75603 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 146 | Williams, Patrick | 1965-04-06 | TX | 77346 | Southern District of Texas | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 147 | Williams, Mrs. Patrick | Unknown | TX | 77346 | Southern District of Texas | N/A | N/A | N/A | N/A | Count: XI |
| 148 | Williams, Robert | 1976-06-12 | IL | 61032 | Northern District of Illinois | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 149 | Williams, Terrance | 1979-12-20 | SC | 29360 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |
| 150 | Wilson, Craig | 1972-08-27 | SC | 29205 | District of South Carolina | Yes | No | Yes | Kidney Cancer | Counts: I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII |